IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CRIMINAL ACTION NO.: PX-17-382
Plaintiff, )
vs. )
)
LUIS ARNOLDO FLORES-REYES, )
JAIRO ARNALDO JACOME, )
BRAYAN ALEXANDER CONTRERAS-AVALOS, ) Greenbelt, Maryland
Defendants. ) Thursday, September 29th, 2023
) 9:45 a.m.
______________________________) Day 15

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE PAULA XINIS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:

Timothy Hagan, Esquire
Christopher Sarma, Esquire
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770

Alexander B. Gottfried, Esquire
1301 New York Avenue, NW
Suite 700
Washington, D.C. 20005

For Defendant Luis Arnoldo Flores-Reyes:

Christopher C. Nieto, Esquire
Law Office of Christopher C. Nieto
One North Charles Street, Suite 1301
Baltimore, Maryland 21201

Joseph A. Balter, Esquire
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Suite 200
Baltimore, Maryland 21209

APPEARANCES: (Cont'd)

For Defendant Jairo Arnaldo Jacome:

Elita C. Amato, Esquire
Law Office of Elita C. Amato
2111 Wilson Boulevard, 8th Floor
Arlington, Virginia 22201

Jonathan P. Van Hoven, Esquire
Law Office of Jonathan P. Van Hoven
One N. Charles Street, Suite 1215
Baltimore, Maryland 21201

For Defendant Brayan Alexander Contreras-Avalos:

Peter L. Goldman, Esquire
O'Reilly & Mark, P.C.
211 North Union Street, Suite 100
Alexandria, Virginia 22314

Also present:

Special Agent Oscar Giron, FBI
Victoria Dopazo, Interpreter
Henry Rugeles, Interpreter
Antonio Gavilanez, Interpreter

Reported by:

Christine T. Asif, RPR, FCRR
Official Court Reporter

Proceedings recorded by machine shorthand; transcript produced by computer-aided transcription

P R O C E E D I N G S

THE COURT: Good morning, everyone. Call the case.

MR. HAGAN: Good morning, Your Honor. Calling criminal number PX-17-382, United States versus Flores-Reyes, Jacome, and Contreras-Avalos. Timothy Hagan on behalf of the United States along with Alexander Gottfried this morning, Your Honor. Christopher Sarma may be joining us shortly.

MR. NIETO: Good morning, Your Honor, for the record Christopher Nieto and Joseph Balter on behalf of Mr. Flores-Reyes, who is seated to out --

MS. AMATO: Good morning, Your Honor, Elita Amato and Jonathan Van Hoven on behalf of Jairo Jacome.

MR. GOLDMAN: Good morning, Your Honor. Peter Goldman on behalf of Mr. Contreras-Avalos.

THE COURT: Good morning. Can we swear in the certified court interpreters.

THE INTERPRETER: Your Honor, we're having trouble with one piece of equipment.

THE COURT: Okay.

(Pause in the proceedings.)

THE COURT: Okay. Very good.

THE CLERK: Please raise your right hands.

(Interpreters sworn.)

THE INTERPRETER: I do, for the record Victoria Dopazo federally certified Spanish interpreter good morning.

THE INTERPRETER: I do. Antonio Gavilanez, federally certified interpreter.

THE COURT: I understand we have a new flash drive with most of the audio and video exhibits, but that there's still some which aren't working; is that correct?

MR. HAGAN: That's correct, Your Honor. They work for the Government in a number of fashions, but they're not working with the Court's drives.

THE COURT: All right. So what are the exhibits and what's the solution?

MR. HAGAN: The exhibits are, for reference, they are Spanish language audio recordings from the T3 and they are referred to as Exhibits CA -- Excuse me C-1-A, C-2-A, C-4-A, C-5-A, C-6-A, C-7-A, C-8-A, C-9-A, C-10-A, C-11-A.

THE COURT: Okay. So the Bs are the translations of each in English, the jury's been instructed that is what they must consider. Doesn't mean these recordings are irrelevant, but just so I understand it, it's -- the Bs already back there.

MR. HAGAN: That's correct, Your Honor.

THE COURT: For each of these exhibits. What's the Government's position on while you keep working to get these in a form that the jury can listen to them if they need, on the jury resuming deliberations without them?

MR. HAGAN: The government -- and we've been in

discussions with defense, we would like for the jury to continue deliberating, receiving the thumb drive with all the exhibits that we put together, perhaps with a note on it that says these that are on the thumb drive don't work, so don't bother.

THE COURT: Right.

MR. HAGAN: Or however the Court deems appropriate, but to proceed in that fashion. I'm hopeful that in the next few minutes we'll receive a version that will work, but we'll still need to run it on the Court's system to ensure that it will work.

THE COURT: Right. Okay. All right. So what's the defense position on this.

MR. NIETO: That's fine, Your Honor.

MS. AMATO: We agree, Your Honor.

MR. GOLDMAN: Agreed.

THE COURT: Okay. So and if it's all right with you, instead of marching the jury in here I'll ask Mr. Ulander to simply explain to them that the flash drive includes all of the audio/video that wasn't working yesterday, minus these exhibits, which are the Spanish language original recordings, but they have the Bs. And as soon as we get the As working, we'll get it back to them. Is that acceptable?

MR. HAGAN: Yes for the Government, Your Honor.

MR. NIETO: Yes.

MS. AMATO: Yes.

THE COURT: All right. Mr. Goldman, any problem with this?

MR. GOLDMAN: No.

THE COURT: Okay. All right. Then let's get the jury working again. Okay. Mr. Ulander. All right. Thanks so much.

MR. GOLDMAN: Was there a note?

THE COURT: There was some conversation about possible questions and Mr. Ulander directed the jury if there are any questions, put it in a note, put it in writing. So I think he may have mentioned to you don't go far because the jury may have questions.

MR. GOLDMAN: I have a question, Your Honor, when the second drive comes with the same calls, what procedure or process are we going to follow to get that back to the jury, is it just going to be sent back, are we going to gather --

THE COURT: That was -- you all should stay, make sure it works, make sure there's no objection to the new exhibit. When there is no objection, Mr. Ulander will bring it back to the jury. If you need anything, just let him know and I'll come back out. Okay. Thanks.

(A recess was taken from 9:50 a.m. to 11:05 a.m.)

THE COURT: All right. Everyone you can have a seat. It's my understanding these exhibits are still not

working and that you all have had some preliminary discussions about my sending back word to the jury that if they wish to hear these exhibits, we can accommodate them in the courtroom. And that there is some disagreement amongst defense counsel, those are my words, how that should be accomplished. So not necessarily that it shouldn't be accomplished, but how do we do it. And one counsel has raised that -- if I'm getting it right, if the jury asks for that accommodation, the recordings should be played, with just the jury, Mr. Ulander, and myself present. That they come in. They listen to the recording. They leave.

I have no problem doing it that way. And that there be no interaction really with me, other than to open the door and close the door, you know, make sure that I preside over their listening to the recordings. If they have any follow-up questions then we handle it in the normal course. They go back to the deliberation room. They put their question in writing. We circulate it to counsel. Then we get you all back here to resolve the note.

Anybody object to handling these exhibits in that manner? And I can, after hearing objections, I also have drafted a letter, you know, a note that would go back to them, which I'll review with you.

MR. HAGAN: No objection from the government. I should note, Your Honor, that we are continuing diligently to

work on a solution so that they can have these audio exhibits. We thought we had one, it didn't work. We -- I thought we had a second one, it didn't work. We're working on a third one.

THE COURT: Okay. All right. Well, it's not fixed yet, want to make sure they know they can listen to them at any time so that there's no question that they've had access to all the exhibits during deliberations. So until we get a fix, this will be a good plan B. Does anybody object on this side to doing it this way?

MR. GOLDMAN: No, Your Honor, could I just review, as I understand it, as far as in my view, for temporarily to address these technical issues, the courtroom becomes the jury room and, therefore, the only people in the court are Your Honor, Mr. Ulander and a technical person to --

THE COURT: Play the exhibits.

MR. GOLDMAN: Play it, and second of all also, we don't play all 10.

THE COURT: Whatever they ask for.

MR. GOLDMAN: It's just what they ask for.

THE COURT: If they want to play all 10, they get all 10. If they want to play it over and over again, they get it over and over again. It's what they ask for.

MR. GOLDMAN: Fine. And that there's absolutely nobody else in the courtroom.

THE COURT: Correct. We just sort of expand the

deliberation room to accommodate listening in open court, because we can't get it back to them right now.

Okay. So that's why -- this is how the note will read in that regard. Let me know if you object or have any additions. It says Dear jurors -- and it will be dated and time stamped. Dear jurors, due to technical difficulties the exhibits marked as, and then we're going to insert the C-1-A through 11, we'll label each one. Can be played only in the courtroom. At any point, should you wish to listen to the recordings, please advise Mr. Ulander and we will accommodate playing the recordings in the courtroom. Sincerely, me.

Good?

MR. GOLDMAN: Yes, Your Honor.

MR. NIETO: Yes, Your Honor.

MS. AMATO: That's fine, Your Honor.

THE COURT: You did receive that, Mr. Ulander.

THE CLERK: Yes.

THE COURT: Okay. So you can plug in all of the exhibits and the time. Great. Thank you. And I can sign it and go back. All right. We have a fix.

MR. GOLDMAN: Thank you, Your Honor.

(A recess was taken from 11:09 to 12:06 p.m.)

THE COURT: All right, everyone. You can have a seat. We received a note that the jury has a verdict. Are we ready for the jury?

MR. HAGAN: Yes, Your Honor.

MR. VAN HOVEN: Just waiting for Ms. Amato to catch up. I think she was running to the restroom.

THE COURT: Okay.

MR. VAN HOVEN: There she is.

THE COURT: And as is our practice, I'm going to let the jury know that attorneys do not approach the jury, they are permitted to go home, and thank them for their service and end of story.

MS. AMATO: Excuse me, Your Honor, does Your Honor poll the jury?

THE COURT: After we get the verdict, if you wish them to be polled, just let me know.

MS. AMATO: Okay.

(Jury entered the courtroom.)

THE COURT: All right, everyone. You can all have a seat. I understand we have a verdict. So I'm going to turn it over to Mr. Ulander.

THE CLERK: We are here to receive the verdict in criminal action No. PX-17-382, the United States of America versus Luis Arnoldo Flores-Reyes, Jairo Arnaldo Jacome, and Brayan Alexander Contreras-Avalos. Members of the jury panel will you please answer present when I call your juror number.

Juror No. 1?

Present.

THE CLERK: Juror No. 2?

JUROR: Present.

THE CLERK: Juror No. 3?

JUROR: Present.

THE CLERK: Juror No. 4?

JUROR: Present.

THE CLERK: Juror No. 5?

JUROR: Present.

THE CLERK: Juror No. 6?

JUROR: Present.

THE CLERK: Juror No. 7?

JUROR: Present.

THE CLERK: Juror No. 8?

JUROR: Present.

THE CLERK: Juror No. 9?

JUROR: Present.

THE CLERK: Juror No. 10?

JUROR: Present.

THE CLERK: Juror No. 11?

JUROR: Present.

THE CLERK: Juror No. 12?

JUROR: Present.

THE CLERK: Members of the jury, have you agreed on your verdict.

JURORS: Yes.

THE CLERK: Who will speak for you.

JUROR NO. 1: I will.

THE COURT: Mr. Foreperson, please rise. Has the verdict form submitted to the jury been answered?

JUROR NO. 1: Yes.

THE CLERK: Is the form signed and dated by you?

JUROR NO. 1: Yes.

THE CLERK: I will come down to you. Please hand me the verdicts so I may hand it to the judge.

As I read the questions, please provide the answers. Count 1 RICO conspiracy. At this time please take the verdict out of the envelope and we're just going to read from the verdict.

Count 1 RICO conspiracy, how do you find the defendant, Luis Arnoldo Flores-Reyes as to Count 1, conspiracy to participate in a racketeering enterprise, not guilty or guilty?

JUROR NO. 1: Guilty.

THE CLERK: Special finding, if you FIND the Defendant Luis Arnoldo Flores-Reyes, guilty of count 1, do you find that the defendant feloniously, willfully, and with deliberately premeditated malice, murdered Raymond Wood, yes or no?

JUROR: Yes.

THE CLERK: Count 7, murder in aid of racketeering,

how do you find the defendant Luis Arnoldo Flores-Reyes, Count 7, guilty or not guilty.

JUROR: Guilty.

THE CLERK: Count 8, conspiracy to distribute and possess with intent to distribute controlled substances, how do you find the defendant, Luis Arnoldo Flores-Reyes, as to the charge of conspiracy to distribute and possess with intent to distribute controlled substances in Count 8, guilty or not guilty?

JUROR: Guilty.

THE CLERK: Count 10, conspiracy to interfere with interstate commerce by extortion, how do you find the defendant Luis Arnoldo Flores-Reyes as to the charge of conspiracy to interfere with interstate commerce by extortion in Count 10, guilty or not guilty.

JUROR: Guilty.

THE CLERK: Okay. Counsel, for Mr. Flores Reyes do you wish to have the jury polled?

MR. BALTER: Please, Your Honor.

THE COURT: Mr. Ulander.

THE CLERK: Yes, Your Honor.

Juror No. 1, having delivered the verdict of the jury, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 2, having heard the verdict of

your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 3, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 4 having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 5, having heard the verdict of foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. -- my apologies.

THE COURT: 6, we're on 6.

THE CLERK: Thank you, Your Honor.

Juror No. 7, having --

THE COURT: No, No, we're on 6.

THE CLERK: We're on 6. My apologies.

Juror No. 6, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 7, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 8, having heard the verdict of your foreign person, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 9, having heard the verdict of your foreign person, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 10, having heard the verdict of your foreign person, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 11, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: And Juror No. 12, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Members of the jury, you've heard the verdict and answers thereto, as delivered by your foreperson, and they have been recorded and do each of you agree?

JURORS: Yes.

THE CLERK: Verdict recorded as to Flores-Reyes, Your Honor.

THE COURT: Thank you. As to Mr. Jacome.

THE CLERK: As to the second verdict, Count 1, RICO conspiracy, how do you find the defendant, Jairo Arnaldo Jacome as to Count 1, Conspiracy to participate in a racketeering enterprise, guilty or not guilty.

JUROR: Guilty.

THE CLERK: Find the defendant Jairo Arnaldo Jacome guilty of Count 1, do you find that the defendant feloniously, willfully, and with deliberately premeditated malice, murdered Anner Duarte-Lopez, yes or no.

JUROR: Yes.

THE CLERK: Count 5, murder in aid of racketeering, how do you find the defendant Jairo Arnaldo Jacome as to the charge of murder in aid of racketeering in Count 5, guilty or not guilty?

JUROR: Guilty.

THE CLERK: Count 10, conspiracy to interfere with interstate commerce by extortion, how do you find the defendant Jairo Arnaldo Jacome as to the charge of conspiracy to interfere with interstate commerce by extortion in Count 10, guilty or not guilty.

JUROR: Guilty.

THE COURT: Counsel, do you wish to have the jury polled?

MS. AMATO: Yes, please.

THE CLERK: Juror No. 1, having delivered the verdict of the jury, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 2, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 3, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 4, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 5, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 6, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 7, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 8, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 9, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 10, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 11, having heard the verdict

of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: And Juror No. 12, having heard the verdict of your foreperson, is that your verdict also?

JUROR: It is. Yes.

THE CLERK: Thank you. Verdict recorded as to Defendant Jacome. Members of the jury, you've heard the verdict and answers thereto as delivered by your foreperson and they have been recorded and do each of you agree?

JURORS: Yes.

THE CLERK: Verdict recorded as to Defendant Jacome, Your Honor.

Third verdict, Count 1 RICO conspiracy, how do you find the defendant Brayan Alexander Contreras-Avalos as to Count 1, conspiracy to participate in a racketeering enterprise, guilty or not guilty?

JUROR: Guilty.

THE CLERK: If you find the defendant Brayan Contreras-Avalos guilty of Count 1, do you find that the defendant feloniously, willfully, and with deliberately premeditated malice, murdered Jesus Pacheco-Santos, yes or no?

JUROR: Yes.

THE CLERK: If you find the defendant Brayan Alexander Contreras-Avalos Guilty of Count 1, do you find that the defendant feloniously, willfully, and with deliberately

premeditated malice, murdered Roberto Jimenez-Gonzalez, yes or no?

JUROR: Yes.

THE CLERK: Count 8, conspiracy to distribute and possess with intent to distribute controlled substances, how do you find the defendant Brayan Alexander Contreras-Avalos as to the charge of conspiracy to distribute and possess with intent to distribute controlled substances in Count 8, guilty or not guilty?

JUROR: Guilty.

THE COURT: Mr. Goldman, do you wish to have the jury polled?

MR. GOLDMAN: Yes, Your Honor.

THE COURT: Okay.

THE CLERK: Juror No. 1, having delivered the verdict of the jury, is that your verdict also.

JUROR: Yes.

THE CLERK: Juror No. 2, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 3, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 4 having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 5, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 6, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 7, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 8, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 9, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 10, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Juror No. 11, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: And, Juror No. 12, having heard the verdict of your foreperson, is that your verdict also?

JUROR: Yes.

THE CLERK: Members of the jury, you've heard the verdict and answers thereto as delivered by your foreperson and they have been recorded, do each of you agree?

JURORS: Yes.

THE CLERK: Verdict recorded as to defendant Contreras-Avalos.

THE COURT: All right. Ladies and gentlemen, I very much want to thank you on behalf of everyone here for your time and your service, your attention, and your sacrifice to be jurors. It has been a very full couple of weeks. And it is clear to me that you have fulfilled your obligation, your citizen's duty admirably, and I very much appreciate it.

So you know, the local practice in this district is that attorneys are not to approach you with any questions or anything like that. You have done your service. We have a certificate for each of you to say thank you our appreciation. And with that you are free to go about your business today and Mr. Ulander will show you out. So thank you again.

(Jury left the courtroom.)

THE COURT: All right. I want to thank counsel for a very well tried case. Each counsel handled themselves professionally, fought vigorously for each of your respective interests and clients. And I really appreciate your commitment to this case. Given that there are three defendants and the government, what I'd suggest you all do is

get together, find a time to get on the phone with Ms. Brown to schedule sentencings. We're not going to do that now. Let you all regroup and then just find her at the beginning of the week to schedule sentencing.

Is there anything that either side needs from me now?

MR. HAGAN: I don't believe so, Your Honor.

MR. NIETO: No, Your Honor.

MR. BALTER: Your Honor, on behalf of Mr. Flores-Reyes we would reassert our motion for judgment of acquittal.

THE COURT: Okay. For the same reasons we discussed I deny it. And I know you may be filing post trial motions as well. But that Rule 29 is denied.

MS. AMATO: And the same on behalf of Mr. Jacome.

MR. GOLDMAN: And the same on Mr. Contreras-Avalos.

THE COURT: And the Rule 29s are all denied.

Anything else?

MR. GOLDMAN: No, Your Honor, other than to thank the Court for an excellent trial.

THE COURT: Same here. Thank you. Okay. You are all free to go. Have a peaceful weekend. Thanks again.

(The proceedings were concluded at 2:28 p.m.)

I, Christine Asif, RPR, FCRR, do hereby certify that the foregoing is a correct transcript from the stenographic record of proceedings in the above-entitled matter.

__________/s/________________
Christine T. Asif
Official Court Reporter

< 1 >.
1 10:24, 12:2, 12:5, 12:7, 12:11, 12:14, 12:15, 12:18, 12:20, 13:22, 15:21, 15:23, 16:2, 16:20, 18:13, 18:15, 18:19, 18:24, 19:15.
10 8:17, 8:20, 8:21, 11:17, 13:11, 13:15, 15:5, 16:11, 16:15, 17:22, 20:17.
100 2:21.
11 9:8, 11:19, 15:8, 17:25, 20:20.
11:05 6:23.
11:09 9:22.
12 11:21, 15:11, 18:3, 20:23.
1215 2:13.
12:06 9:22.
1301 1:33, 1:40.
1340 1:46.
.
.
< 2 >.
2 11:1, 13:25, 16:23, 19:18.
200 1:29, 1:46.
20005 1:35.
2023 1:13.
20770 1:30.
211 2:21.
2111 2:8.
21201 1:41, 2:14.
21209 1:47.
22201 2:9.
22314 2:22.
29 22:14.
29s 22:18.
2:28 22:24.
.
.
< 3 >.
3 11:3, 14:3, 17:1, 19:21.
.
.
< 4 >.
4 11:5, 14:6, 17:4, 19:24.
.
.
< 5 >.
5 11:7, 14:9, 16:6, 16:8, 17:7, 20:2.
.
.
< 6 >.
6 11:9, 14:13, 14:16, 14:17, 14:18, 17:10, 20:5.
6500 1:29.
.
.
< 7 >.
7 11:11, 12:25, 13:2, 14:15, 14:21, 17:13, 20:8.
700 1:34.
.
.
< 8 >.
8 11:13, 13:4, 13:8, 14:24, 17:16, 19:4, 19:8, 20:11.
8th 2:8.
.
.
< 9 >.
9 11:15, 15:2, 17:19, 20:14.
9:45 a.m. 1:14.
9:50 6:23.
__________/s/___ ___________ 23:5.
.
.
< A >.
A. 1:43, 1:44.
a.m. 6:23.
above-entitled 23:3.
absolutely 8:23.
acceptable 5:23.
access 8:6.
accommodate 7:3, 9:1, 9:10.
accommodation 7:8.
accomplished 7:5, 7:6.
acquittal 22:11.
ACTION 1:5, 10:20.
additions 9:5.
address 8:12.
admirably 21:12.
advise 9:10.
Agent 2:25.
agree 5:15, 15:16, 18:9, 21:3.
Agreed 5:16, 11:23.
aid 12:25, 16:6, 16:8.
Alexander 1:12, 1:32, 2:18, 3:6, 10:22, 18:14, 18:24, 19:6.
Alexandria 2:22.
already 4:18.
Amato 2:6, 2:7, 3:11, 10:2.
America 1:5, 10:20.
amongst 7:4.
Anner 16:4.
answer 10:23.
answered 12:4.
answers 12:10, 15:15, 18:8, 21:2.
Antonio 2:28, 4:1.
Anybody 7:20, 8:8.
apologies 14:12, 14:17.
APPEARANCES 1:25, 2:1.
appreciate 21:12, 21:23.
appreciation 21:16.
approach 10:7, 21:14.
appropriate 5:7.
Arlington 2:9.
Arnaldo 1:11, 2:6, 10:21, 15:22, 16:1, 16:7, 16:13.
Arnoldo 1:10, 1:38, 10:21, 12:15, 12:20, 13:1, 13:6, 13:13.
Asif 2:33, 23:1, 23:6.
asks 7:8.
attention 21:9.

attorneys 10:7, 21:14.
audio 4:4, 4:12, 8:1.
audio/video 5:20.
Avalos 1:13, 2:19.
Avenue 1:33, 1:46.
.
.
< B >.
B. 1:32, 8:8.
back 4:18, 5:23, 6:16, 6:17, 6:21, 6:22, 7:2, 7:17, 7:19, 7:22, 9:2, 9:20.
BALTER 1:43, 1:44, 3:9, 13:19, 22:9.
Baltimore 1:41, 1:47, 2:14.
becomes 8:12.
beginning 22:3.
behalf 3:5, 3:9, 3:12, 3:14, 21:8, 22:9, 22:15.
believe 22:7.
bother 5:5.
Boulevard 2:8.
Brayan 1:12, 2:17, 10:22, 18:14, 18:18, 18:23, 19:6.
bring 6:20.
Brown 22:1.
Bs 4:15, 4:18, 5:22.
business 21:17.
.
.
< C >.
C-1-A 4:13, 9:7.
C-10-A 4:14.
C-11-A 4:14.
C-2-A 4:13.
C-4-A 4:13.
C-5-A 4:14.
C-6-A 4:14.
C-7-A 4:14.
C-8-A 4:14.
C-9-A 4:14.
C. 1:39, 2:6, 2:7.
CA 4:13.
Call 3:2, 10:23.
Calling 3:3.
calls 6:15.
case 3:2, 21:21, 21:24.
catch 10:2.
certificate 21:16.
certified 3:16, 3:25, 4:2.
certify 23:1.
charge 13:7, 13:13, 16:8, 16:13, 19:7.
Charles 1:40, 2:13.
Cherrywood 1:29.
Christine 2:33, 23:1, 23:6.
Christopher 1:28, 1:39, 3:7, 3:9.
Christopher C. Nieto 1:38.
circulate 7:18.
citizen 21:12.
clear 21:11.
CLERK 3:22, 14:14, 15:2, 15:11, 16:20, 18:23, 19:4, 19:24, 20:2, 20:20.
clients 21:23.
close 7:14.
comes 6:15.
commerce 13:12, 13:14, 16:12, 16:14.
commitment 21:24.
computer-aided 2:49.
concluded 22:24.
consider 4:17.
Conspiracy 12:11, 12:14, 12:15, 13:4, 13:7, 13:11, 13:14, 15:22, 15:23, 16:11, 16:13, 18:13, 18:15, 19:4, 19:7.
Cont'd 2:1.
continue 5:2.
continuing 7:25.
Contreras- 1:12, 2:18.
Contreras-avalos 3:5, 3:14, 10:22, 18:14, 18:19, 18:24, 19:6, 21:6, 22:17.
controlled 13:5, 13:8, 19:5, 19:8.
conversation 6:9.
Correct 4:5, 4:6, 4:20, 8:25, 23:2.
Counsel 7:4, 7:7, 7:18, 13:17, 16:17, 21:20, 21:21.
Count 12:11, 12:14, 12:15, 12:20, 12:25, 13:1, 13:4, 13:8, 13:11, 13:15, 15:21, 15:23, 16:2, 16:6, 16:8, 16:11, 16:14, 18:13, 18:15, 18:19, 18:24, 19:4, 19:8.
couple 21:10.
course 7:16.
courtroom 7:3, 8:12, 8:24, 9:9, 9:11.
courtroom. 10:15, 21:19.
CRIMINAL 1:5, 3:4, 10:20.
.
.
< D >.
dated 9:5, 12:6.
Day 15 1:15.
Dear 9:5, 9:6.
deems 5:7.
Defendant 1:37, 2:5, 2:17, 12:15, 12:20, 12:21, 13:1, 13:6, 13:13, 15:22, 16:1, 16:2, 16:7, 16:13, 18:7, 18:11, 18:14, 18:18, 18:20, 18:23, 18:25, 19:6, 21:5.
Defendants 1:14,

21:25.
defense 5:1, 5:13, 7:4.
deliberately 12:22, 16:3, 18:20, 18:25.
deliberating 5:2.
deliberation 7:17, 9:1.
deliberations 4:24, 8:7.
delivered 13:22, 15:15, 16:20, 18:8, 19:15, 21:2.
denied 22:14, 22:18.
deny 22:13.
difficulties 9:6.
diligently 7:25.
directed 6:10.
disagreement 7:4.
discussed 22:12.
discussions 5:1, 7:1.
distribute 13:4, 13:5, 13:7, 13:8, 19:4, 19:5, 19:7, 19:8.
DISTRICT 1:1, 1:2, 1:21, 21:13.
DIVISION 1:3.
doing 7:12, 8:9.
done 21:15.
door 7:13, 7:14.
Dopazo 2:26, 3:25.
down 12:8.
drafted 7:22.
drive 4:3, 5:2, 5:4, 5:19, 6:15.
drives 4:8.
Duarte-lopez 16:4.
due 9:6.
during 8:7.
duty 21:12.
.
.
< E >.
either 22:5.
Elita 2:6, 2:7, 3:11.
end 10:9.
English 4:16.
ensure 5:10.
entered 10:15.
enterprise 12:16, 15:24, 18:16.
envelope 12:12.
equipment 3:18.
Esquire 1:27, 1:28, 1:32, 1:38, 1:43, 2:6, 2:11, 2:19.
Everyone 3:2, 6:24, 9:23, 10:16, 21:8.
excellent 22:21.
Excuse 4:13, 10:10.
exhibit 6:20.
Exhibits 4:4, 4:9, 4:11, 4:13, 4:21, 5:3, 5:21, 6:25, 7:3, 7:20, 8:1, 8:7, 8:15, 9:7, 9:19.
expand 8:25.
explain 5:19.
extortion 13:12, 13:14, 16:12, 16:14.
.
.
< F >.
far 6:12, 8:11.
fashion 5:8.
fashions 4:7.
FBI 2:25.
FCRR 2:33, 23:1.
federally 3:25, 4:2.
feloniously 12:21, 16:2, 18:20, 18:25.
few 5:9.
filing 22:13.
Find 12:14, 12:19, 12:21, 13:1, 13:6, 13:12, 15:22, 16:1, 16:2, 16:7, 16:12, 18:14, 18:18, 18:19, 18:23, 18:24, 19:6, 22:1, 22:3.
finding 12:19.
Fine 5:14, 8:23, 9:15.
fix 8:8, 9:20.
fixed 8:4.
flash 4:3, 5:19.
Floor 2:8.
Flores 13:17.
Flores-reyes 1:10, 1:38, 3:4, 3:10, 10:21, 12:15, 12:20, 13:1, 13:6, 13:13, 15:18, 22:10.
follow 6:16.
follow-up 7:15.
foregoing 23:2.
foreign 14:25, 15:3, 15:6.
form 4:23, 12:4, 12:6.
fought 21:22.
free 21:17, 22:23.
fulfilled 21:11.
full 21:10.
.
.
< G >.
gather 6:17.
Gavilanez 2:28, 4:1.
gentlemen 21:7.
getting 7:7.
Giron 2:25.
Given 21:24.
Goldman 2:19, 3:14, 6:2, 9:13, 19:11.
Gottfried 1:32, 3:6.
Government 1:27, 4:7, 4:22, 4:25, 5:24, 7:24, 21:25.
Great 9:19.
Greenbelt 1:12, 1:30.
Guilty 12:16, 12:17, 12:18, 12:20, 13:2, 13:3, 13:8, 13:9, 13:10, 13:15, 13:16, 15:24, 15:25,

16:2, 16:8, 16:9, 16:10, 16:15, 16:16, 18:16, 18:17, 18:19, 18:24, 19:8, 19:9, 19:10.
.
.
< H >.
Hagan 3:5.
hand 12:8, 12:9.
handle 7:16.
handled 21:21.
handling 7:20.
hands 3:22.
hear 7:3.
hearing 7:21.
Henry 2:27.
hereby 23:1.
home 10:8.
Honor 3:3, 3:7, 3:8, 3:11, 3:13, 3:17, 4:6, 4:20, 5:14, 5:15, 5:24, 6:14, 7:25, 8:10, 8:14, 9:13, 9:14, 9:15, 9:21, 10:1, 10:10, 13:19, 13:21, 14:14, 15:19, 18:12, 19:13, 22:7, 22:8, 22:9, 22:20.
HONORABLE 1:20.
hopeful 5:8.
Hoven 2:11, 2:12, 3:12.
.
.
< I >.
in. 7:10.
includes 5:19.
insert 9:7.
instead 5:18.
instructed 4:16.
intent 13:5, 13:7, 19:5, 19:8.
interaction 7:13.
interests 21:23.
interfere 13:11, 13:14, 16:11, 16:14.
Interpreter 2:26, 2:27, 2:28, 3:25, 4:2.
Interpreters 3:16, 3:23.
interstate 13:12, 13:14, 16:12, 16:14.
irrelevant 4:17.
issues 8:12.
.
.
< J >.
Jacome 1:11, 2:6, 3:5, 3:12, 10:21, 15:20, 15:23, 16:1, 16:7, 16:13, 18:7, 18:11, 22:15.
Jairo 1:11, 2:5, 3:12, 10:21, 15:22, 16:1, 16:7, 16:13.
Jesus 18:21.
Jimenez-gonzalez 19:1.
joining 3:7.
Jonathan 2:11, 2:12, 3:12.
Joseph 1:43, 1:44, 3:9.
JUDGE 1:21, 12:9.
judgment 22:10.
JURORS 9:5, 9:6, 15:17, 21:10.
JURY TRIAL 1:19.
.
.
< K >.
keep 4:22.
.
.
< L >.
L. 2:19.
label 9:8.
Ladies 21:7.
Lane 1:29.
language 4:12, 5:21.
Law 1:39, 1:44, 2:7, 2:12.
leave 7:11.
left 21:19.
letter 7:22.
listen 4:23, 7:10, 8:5, 9:9.
listening 7:15, 9:1.
LLC 1:44.
local 21:13.
Luis 1:10, 1:37, 10:21, 12:15, 12:20, 13:1, 13:6, 13:13.
.
.
< M >.
machine 2:48.
malice 12:22, 16:3, 18:21, 19:1.
manner 7:21.
marching 5:18.
Mark 2:20.
marked 9:7.
Maryland 1:2, 1:12, 1:30, 1:41, 1:47, 2:14.
matter 23:3.
mean 4:17.
Members 10:22, 11:23, 15:14, 18:7, 21:1.
mentioned 6:12.
Mill 1:45.
minus 5:20.
minutes 5:9.
morning 3:2, 3:3, 3:6, 3:8, 3:11, 3:13, 3:15, 3:25.
motion 22:10.
motions 22:13.
MR. GOLDMAN 3:13, 5:16, 6:4, 6:8, 6:14, 8:10, 8:16, 8:19, 8:23, 9:21, 19:13, 22:16, 22:20.
MR. HAGAN 3:3, 4:6, 4:11, 4:20, 4:25, 5:7, 5:24, 7:24, 10:1, 22:7.
MR. NIETO 3:8, 5:14, 5:25, 9:14.
MR. VAN HOVEN 10:2, 10:5.
Ms 10:2, 22:1.
MS. AMATO 3:11, 5:15, 6:1, 9:15, 10:10,

10:14, 16:19, 22:15.
Mt 1:45.
murder 12:25, 16:6, 16:8.
murdered 12:22, 16:3, 18:21, 19:1.
myself 7:9.
.
.
< N >.
N. 2:13.
necessarily 7:6.
need 4:23, 5:10, 6:21.
needs 22:5.
New 1:33, 4:3, 6:19.
next 5:8.
NIETO 1:39, 3:9, 22:8.
nobody 8:24.
normal 7:16.
North 1:40, 2:21.
note 5:3, 6:8, 6:11, 7:19, 7:22, 7:25, 9:3, 9:24.
number 3:4, 4:7, 10:23.
NW 1:33.
.
.
< O >.
O'reilly 2:20.
object 7:20, 8:8, 9:4.
objection 6:19, 6:20, 7:24.
objections 7:21.
obligation 21:11.
Office 1:39, 1:44, 2:7, 2:12.
Official 2:34, 23:7.
Okay 3:19, 3:21, 4:15, 5:12, 5:17, 6:5, 6:6, 6:22, 8:4, 9:3, 9:18, 10:4, 10:14, 13:17, 19:14, 22:12, 22:22.
One 1:40, 2:13, 3:18, 7:7, 8:2, 8:3, 9:8.
open 7:13, 9:1.
original 5:21.
Oscar 2:25.
.
.
< P >.
P. 2:11, 2:12.
p.m. 9:22, 22:24.
Pacheco-santos 18:21.
panel 10:22.
participate 12:16, 15:23, 18:15.
PAULA XINIS 1:20.
Pause 3:20.
peaceful 22:23.
people 8:13.
perhaps 5:3.
permitted 10:8.
person 8:14, 14:25, 15:3, 15:6.
Peter 2:19, 3:13.
phone 22:1.
piece 3:18.
Plaintiff 1:7.
plan 8:8.
Play 8:15, 8:16, 8:17, 8:20, 8:21.
played 7:9, 9:8.
playing 9:11.
Please 3:22, 9:10, 10:23, 12:3, 12:8, 12:10, 12:11, 13:19, 16:19.
plug 9:18.
point 9:9.
poll 10:11.
polled 10:13, 13:18, 16:18, 19:12.
position 4:22, 5:13.
possess 13:5, 13:7, 19:5, 19:7.
possible 6:10.
post 22:13.
practice 10:6, 21:13.
preliminary 7:1.
premeditated 12:22, 16:3, 18:21, 19:1.
Present 2:25, 7:10, 10:23, 10:25, 11:2, 11:4, 11:6, 11:8, 11:10, 11:12, 11:14, 11:16, 11:18, 11:20, 11:22.
preside 7:14.
problem 6:2, 7:12.
procedure 6:15.
proceed 5:8.
Proceedings 2:48, 22:24, 23:3.
proceedings. 3:20.
process 6:16.
produced 2:48.
professionally 21:22.
provide 12:10.
put 5:3, 6:11, 7:17.
PX-17-382 3:4, 10:20.
PX-17-382 1:6.
.
.
< Q >.
question 6:14, 7:17, 8:6.
questions 6:10, 6:11, 6:13, 7:16, 12:10, 21:14.
.
.
< R >.
racketeering 12:16, 12:25, 15:24, 16:6, 16:8, 18:15.
raise 3:22.
raised 7:7.
Raymond 12:22.
read 9:4, 12:10, 12:12.
ready 9:25.
really 7:13, 21:23.
reasons 22:12.
reassert

22:10.
receive 5:9, 9:16, 10:19.
received 9:24.
receiving 5:2.
recess 6:23, 9:22.
record 3:8, 3:24, 23:3.
recorded 2:48, 15:16, 15:18, 18:6, 18:9, 18:11, 21:3, 21:5.
recording 7:10.
recordings 4:12, 4:17, 5:21, 7:8, 7:15, 9:10, 9:11.
reference 4:11.
referred 4:13.
regard 9:4.
regroup 22:3.
Reported 2:33.
Reporter 2:34, 23:7.
resolve 7:19.
respective 21:22.
restroom 10:3.
resuming 4:24.
review 7:23, 8:10.
Reyes 13:17.
RICO 12:11, 12:14, 15:21, 18:13.
rise 12:3.
Roberto 19:1.
room 7:17, 8:13, 9:1.
RPR 2:33, 23:1.
Rugeles 2:27.
Rule 22:14, 22:18.
run 5:10.
running 10:3.
.
.
< S >.
sacrifice 21:9.
Sarma 1:28, 3:7.
says 5:4, 9:5.
schedule 22:2, 22:4.
seat 6:25, 9:24, 10:17.
seated 3:10.
second 6:15, 8:3, 8:16, 15:21.
sending 7:2.
sent 6:17.
sentencing 22:4.
sentencings 22:2.
service 10:8, 21:9, 21:15.
shorthand 2:48.
shortly 3:7.
shouldn't 7:6.
show 21:18.
side 8:9, 22:5.
sign 9:19.
signed 12:6.
simply 5:19.
Sincerely 9:11.
Smith 1:46.
solution 4:10, 8:1.
soon 5:22.
sort 8:25.
SOUTHERN 1:3.
Spanish 3:25, 4:12, 5:21.
Special 2:25, 12:19.
stamped 9:6.
States 1:1, 1:5, 1:21, 3:4, 3:6, 10:20.
stay 6:18.
stenographic 23:2.
story 10:9.
Street 1:40, 2:13, 2:21.
submitted 12:4.
substances 13:5, 13:8, 19:5, 19:8.
suggest 21:25.
Suite 1:29, 1:34, 1:40, 1:46, 2:13, 2:21.
swear 3:15.
sworn. 3:23.
system 5:10.
.
.
< T >.
T. 2:33, 23:6.
T3 4:12.
technical 8:12, 8:14, 9:6.
temporarily 8:11.
Thanks 6:6, 6:22, 22:23.
THE INTERPRETER 3:17, 3:24, 4:1.
themselves 21:21.
thereto 15:15, 18:8, 21:2.
they've 8:6.
Third 8:3, 18:13.
three 21:24.
thumb 5:2, 5:4.
Thursday, September 29th 1:13.
Timothy 3:5.
Timothy Hagan 1:27.
today 21:17.
together 5:3, 22:1.
TRANSCRIPT 1:19, 2:48, 23:2.
transcription 2:49.
translations 4:15.
trial 22:13, 22:21.
tried 21:21.
trouble 3:17.
turn 10:17.
.
.
< U >.
Ulander 5:18, 6:6, 6:10, 6:20, 7:9, 8:14, 9:10, 9:16, 10:18, 13:20, 21:18.
understand 4:3, 4:18, 8:11, 10:17.
understanding 6:25.
Union 2:21.
United 1:1, 1:5, 1:21, 3:4, 3:6, 10:20.

until 8:7.
.
.
< V >.
Van 2:11, 2:12, 3:12.
verdicts 12:9.
version 5:9.
versus 3:4, 10:21.
Victoria 2:26, 3:24.
video 4:4.
view 8:11.
vigorously 21:22.
Virginia 2:9, 2:22.
vs 1:8.
.
.
< W >.
waiting 10:2.
Washington 1:35, 1:45.
week 22:4.
weekend 22:23.
weeks 21:10.
Whatever 8:18.
will 5:9, 5:11, 6:20, 8:8, 9:3, 9:5, 9:10, 10:23, 12:1, 12:2, 12:8, 21:18.
willfully 12:21, 16:3, 18:20, 18:25.
Wilson 2:8.
wish 7:2, 9:9, 10:12, 13:18, 16:17, 19:11.
without 4:24.
Wood 12:22.
word 7:2.
words 7:5.
work 4:6, 5:4, 5:9, 5:11, 8:1, 8:2, 8:3.
working 4:5, 4:8, 4:22, 5:20, 5:22, 6:6, 7:1, 8:3.
works 6:19.
writing 6:11, 7:18.
.
.
< Y >.
yesterday 5:20.
York 1:33.